In the United States District Court
Eastern District of Texas
Sherman Division

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 2 3 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| DAVID E. MACK<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| vs | §<br>§ | Case No. 4:12-cv-380 |
| | §<br>§ | |
| CALVARY PORTFOLIO<br>SERVICES, LLC<br>*Defendant.* | §<br>§<br>§<br>§ | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff, David E. Mack and the Defendant in this cause of action. The parties have concluded a settlement agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Signed October 23, 2012

David E Mack

Penny Shemtob
Litigation Counsel
Cavalry Portfolio Services
500 Summit Lake Drive Suite 400
Valhalla, NY 10595