IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E MACK<br>*Plaintiff,* | § § § | |
| vs | § § | Cause no. 4:12-cv-380 |
| | § § | |
| CALVARY PORTFOLIO<br>SERVICES, LLC<br>*Defendant.* | § § § § | |

## MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, David E. Mack, who having reached a settlement agreement with the Defendant in the above styled cause of action hereby brings this Motion for an Order of Dismissal WITH PREJUDICE and requests the Court enter such Order in the above styled case pending before this Honorable Court. Each party bearing their own costs of this action.

Respectfully Submitted,

*/s/ David E Mack*

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first class USPS mail.

Signed October 25, 2012

David E Mack

Penny Shemtob
Litigation Counsel
Cavalry Portfolio Services
500 Summit Lake Drive Suite 400
Valhalla, NY 10595